**Emilio RANGEL, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27867.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

Appellant was convicted as a second offender for a violation of the liquor law in Lubbock County, and his punishment was assessed at a fine of $400 and confinement in the county jail for a period of 30 days.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Kenneth Andrew HAYS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27879.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is driving a motor vehicle upon the public highway while intoxicated; the punishment, 30 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.